# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

TOMAS GARCIA GUZMAN,

                Plaintiff,

  v.

WARDEN NWDC, *et al.*,

                Defendants.

No. C09-5392 RJB/KLS

SECOND ORDER TO SHOW CAUSE

On December 2, 2009, Plaintiff was ordered to pay the full $350.00 court filing fee or file an application to proceed *in forma pauperis.* Dkt. 3. Plaintiff has now submitted an application to proceed *in forma pauperis.* Dkt. 5. Plaintiff failed, however, to provide the court with a signed written consent for payment of costs from any recovery under local rule CR3(b). As Plaintiff was previously advised, Local Rule CR 3(b) provides that he must:

> (2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

Accordingly, the Court orders the following:

ORDER - 1

1     (1)     Plaintiff must submit a signed written consent required by Local Rule CR3(b) **on or before January 29, 2010**. Failure to do so by **January 29, 2010** shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.

    (2)     The Clerk is directed to send a consent form and a copy of this Order to Plaintiff.

DATED this 8th day of January, 2010.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER - 2