UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOMAS GARCIA GUZMAN,

                Plaintiff,

   v.

WARDEN NWDC, et al.,

                Defendants.

No. C09-5392 RJB/KLS

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

After review of Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. 5), the undersigned finds that Plaintiff does not appear to have funds available to afford the $350.00 court filing fee. Accordingly, his motion to proceed *in forma pauperis* (Dkt. 5) shall be **GRANTED**. The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 9th day of February, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1